U.S. Bankruptcy Court
Northern District of Illinois

In re:

                                             Bankruptcy Case No. **09-37011**

**CECELIA N JOHNSON**

                            Debtor

                                               Adversary Proceeding No. **09-01339**

**M & I BANK**

                            Plaintiff

v.

**CECILIA N. JOHNSON**

                            Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

                        Clerk, U.S. Bankruptcy Court
                        Northern District of Illinois
                        219 S Dearborn
                        Chicago, IL 60604

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

**Name and Address of Plaintiff's Attorney**

                        Steven C Lindberg
                        1807 W Diehl Road
                        Suite 333
                        Naperville, IL 60566

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

**Address**

                        Dirksen Federal Building
                        219 South Dearborn           **Status Hearing Date and Time**
                        Courtroom 682                  02/09/2010 at 10:30AM
                        Chicago IL 60604

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Kenneth S. Gardner, Clerk Of Court

# CERTIFICATE OF SERVICE

I, _____Thomas A. Girard_____, certify that I am, and at all times during the
                 (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.   I further certify that the service of this summons and a copy of the complaint was delivered
____12-30-09____ by:
     (date)

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

   Cecilia N. Johnson, 6448 S. Eberhart, Chicago, IL 60637
   Forrest L. Ingram, 79 W. Monroe St., Ste, 900, Chicago, IL 60603

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
   as follows: [Describe briefly]                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

____12-30-09____                              ____/s/ Thomas A. Girard____
       Date                                              Signature

| Print Name | | |
| --- | --- | --- |
| Freedman, Anselmo, Lindberg & Rappe | | |
| Business Address | | |
| 1807 W. Diehl Rd., Ste. 333 | | |
| City | State | Zip |
| Naperville | IL | 60566 |