# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHMETTERER | Hearing Date | February 9, 2010 |
| Bankruptcy Case No. | 09 B 35697 | Adversary No. | 09 A 01339 |
| Title of Case | MY RANCH IN & CECELIA N. JOHNSON | | |
| | M & I v. JOHNSON | | |
| Brief Statement of Motion | Defendant's Motion to Strike Plaintiff's Complaint | | |
| Names and Addresses of moving counsel | | | |
| Representing | Service List Attached | | |

## ORDER

It IS HEREBY ORDERED for reasons stated from the bench, The Complaint in Adversary Proceeding 09 A 01339 is dismissed without prejudice to filing Amended Adversary Complaint in 28 days. Defendant will Answer or otherwise plead within 14 days thereafter.

Set for status on March 30, 2010 at 10:30 a.m.

Enter: _____
Jack B. Schmetterer, U.S.B.J.