In re: Cecelia N. Johnson
Bankruptcy No. 09 B ~~35011~~ 35697
M & I Bank
Adversary No. 09 A 01339

# CERTIFICATE OF SERVICE

I, Deborah Smith certify that on February 12, 2010, caused to be mailed by United States first class mail copies of the foregoing ORDER to the following, and class filed for service by CM/ECF e-mail system:

*Deborah Smith*

Deborah Smith, Courtroom Deputy

## Electronically Served through CM/ECF System

Steven C. Lindberg
1807 W. Diehl Rd.
Suite 333
Naperville, IL 60566
Plaintiff's counsel

Forrest L. Ingram
79 W. Monroe St.
Suite 900
Chicago, IL 60603
Defendant's counsel

## Served by U.S. Mail

Cecilia N. Joonson
6448 S. Eberhart
Chicago, IL 60637