```
873-0000000 SWIFT FINANCIAL                 TOTAL LINE OF CREDIT    R-06089-001    03-21-08    PAGE    533
SWIFT FINANCIAL
P O BOX 3023                                Swift Business Line of Credit
MILWAUKEE WI  53201-3023                    Statement Date         03/22/08
                                            Payment Due Date       04/16/08
                                            Account Number      08739050188
                                            Note Number               00001
                                            Fees Assessed/Unpaid      $0.00
                                            Past Due Amount           $0.00
                                            Minimum Payment Due     $288.43



                                            Please send your payment to:
                                                 SWIFT FINANCIAL
  AMOAH ENTERPRISES LLC          873             P O BOX 3023
  CECELIA JOHNSON                                MILWAUKEE WI  53201-3023
  SUITE 1
  914 W. 51ST PLACE                         Amount Enclosed
  CHICAGO IL 60609
```

Page 1 of 1
Please return the upper portion with your payment and retain the statement portion below for your records.

Summary for Account Number: 08739050188

| LIMIT | BALANCE | AVAILABLE CREDIT |
|---|---|---|
| $20,000.00 | $19,500.00 | $500.00 |

Revolving Credit Note Information

Note Number: 00001                                              Statement Date: 03/22/08

| Payment Due Date | Fees Assessed/ Unpaid | Current Amount Due | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|
| 04/16/08 | $0.00 | $288.43 | $0.00 | $288.43 |

Activity - from 02/22/08 through 03/22/08

| Eff Date | Post Date | Description | Advances/Debits Finance Charge | Payments/ Credits | Principal Balance |
|---|---|---|---|---|---|
| 02/22 |  | Principal Balance at the Beginning of the Cycle |  |  | $0.00 |
| 02/29 | 02/29 | Advance - ADVANCE/WIRE | $19,500.00 |  | $19,500.00 |

Total Finance Charge Paid In 2007: $0.00

| Previous Statement Balance | Plus Advances/ Debits | Minus Payments/ Credits | Plus Finance Charge | Plus Other Charges | Current Statement Balance |
|---|---|---|---|---|---|
| $0.00 | $19,500.00 | $0.00 | $93.43 | $0.00 | $19,593.43 |

CURRENT CYCLE FINANCE CHARGE INFORMATION

There are 30 days in this cycle. The annual rate of interest that was in effect on this loan when this statement was created is 7.50000%. This rate, as well as any other rate changes during the month, will be used to calculate a daily interest factor and applied to all the daily balances of your account. To arrive at the daily balances, we take the beginning Principal Balance of your account each day, add any new advances and subtract any payments or credits.

RATE TABLE

| From | Through | Daily Rate | Interest Rate |
|---|---|---|---|
| 02/22 | 03/22 | 0.0208333% | 7.50% |

In the event that the "default rate" becomes effective, this rate will be applied to balances from the default date through the end of this billing cycle.

For Customer Assistance Contact:
SWIFT FINANCIAL
P O BOX 3023
MILWAUKEE WI  53201-3023
1-888-897-9438