

**Swift Financial Feedback**
- New Search|
- Application|
- Customer|
- Documents|
- General|
- Transactions

Application Number: 44917

## Application

**Application Details**

| | | | |
|---|---|---|---|
| ACTIVE_STATUS_CODE | BOOKED | CREATED_BY_USER_NAME | Mary Carbone |
| SOURCE_TYPE_CODE | DIRECT | CREATION_DATE | 2/21/2008 12:00:00 AM |
| MODIFICATION_DATE | 2/21/2008 12:00:00 AM | COMMENCEMENT_DATE | 4/1/2008 12:00:00 AM |
| GUARANTOR_INCOME | 88000.00000 | HOUSE_INCOME | 88000.00000 |
| GROSS_REVENUE | 1500000.00000 | NET_PROFIT | 140000.00000 |
| HOUSE_PAYMENT | 780.00000 | MONTHLY_ACTIVITY | |
| OWNERSHIP_STATUS | OWN | MV_ACCOUNT_NO | 8739050188 |
| REQUESTED_AMT | 1.00000 | RECOMMENDATION_CODE | APPROVE |
| DECISION_AMT | 20000.00000 | RATE_VARIANCE | 0.01500 |
| BUREAU_CONSUMER | EXPERIAN | BUREAU_COMMERCIAL | DUN_BRAD |
| LIST_ID | | LEAD_ID | PKHII |
| CAMPAIGN_ID | HA22 | | |

All Swift CapStream Underwriting

Hide Menu

**Application Credit Analysis Summary**

| | | | |
|---|---|---|---|
| BUSINESS_NAME | AMOAH ENTERPRISES LLC | GROSS_REVENUE | 1500000.00000 |
| NET_PROFIT | 140000.00000 | EXP_MONTHLY_ACTIVITY | |
| TOTAL_HOUSEHOLD_INCOME | 88000.00000 | PERSONAL_INCOME | 88000.00000 |
| HOUSE_PAYMENT | 780.00000 | OWNERSHIP_STATUS | OWN |

**Application Credit Analysis Business**

| BUSINESS_INDIVIDUAL NAME | TYPE_CODE | ANALYSIS_SOURCE | RECOMMENDATION | POLICY_EXCEPTIONS | CREDIT_POLICY_USED | TYPI |
|---|---|---|---|---|---|---|
| AMOAH ENTERPRISES LLC | Analysis - Business 02/21/2008 01:51 EST PM | Customer Business | FINANCE | 11 | NO | Standard | DV |
| AMOAH ENTERPRISES LLC | Analysis - Business 02/21/2008 01:51 EST PM | Customer Business | FINANCE | 11 | NO | Standard | EO |
| CECELIA JOHNSON | Analysis - Guarantor 02/21/2008 01:51 EST PM | Guarantor | FINANCE | 11 | NO | Standard | |

![Swift Financial] Feedback
- New Search|
- Application|
- Customer|
- Documents|
- General|
- Transactions

Application Number: 44917

## Transactions

**Transaction Notes**

| NOTE_DATE | NOTE_USER | SENSITIVITY_LEVEL | NOTE_TYPE | NOTE_TEXT |
|---|---|---|---|---|
| 2/21/2008 1:05:00 PM | Andrew Kanzer | PUBLIC | Other | wholesale groceries..retailers,,does a lot of ethnic foods 2 years in bizness...ran a grocery store for 7 years...pol is for inventory..deals with perishible and non perishible,,keep approx 50-60K in inventory...always solicits new business but has contracts with 3 retailers that buy from regularly..3 people buy exclusively from amoah for 1 year at a time and renews...buy locally...1.5 million gross..forecat for 2008 (1.8)...biz banking with wamu keeps approx20-30K..money moves fast..gets paid COD...88K income from business.....savings approx 200K...checking 3-4K in checking..cmv of res 300K....asked about shallow file sd never filed bky..did lexnex no bky showing either. bizness verified db gu verf cbr apprv 20K 7.5%.kristen verf wire no dda does all COD orders |

**Transaction Review Notes**
CREATED_BY_USER Mary Carbone CREATION_DATE 2/21/2008 12:00:00 AM
CHARACTER
CAPACITY
CAPITAL
CONDITIONS
PURPOSE
OTHER

**Transaction Scorecard**

| Name | STATUS | Z_SCORE | TOTAL_SCORE | RERUN_COUNT | CREATION_DATE |
|---|---|---|---|---|---|
| DnB Business | COMPLETE | 0.0000000000000000000 | | 1 | 2/21/2008 12:00:00 AM |
| Experian Consumer | COMPLETE | 0.0000000000000000000 | | 1 | 2/21/2008 12:00:00 AM |

**Transaction Scorecard Deatils**

| NAME | ACTUAL_VALUE | CHAR_OVERLAY | CODE_VALUE | RANGE_VALUE | WEIGHTED_SCORE | CHAR_SCORE |
|---|---|---|---|---|---|---|
| DNB-Bankruptcy exists | 621308618151621057 | | 8 | 0 | 0 | 0.00000000000000000000 |
| DNB-Commercial score < 393 and not null | 621308618151621057 | | 8 | 487 | 0 | 0.00000000000000000000 |
| DNB-Number of active accounts > 30 days > 0 | 621308618151621057 | | 8 | 0 | 0 | 0.00000000000000000000 |
| DNB-Number of repossessions and foreclosures > 0 | 621308618151621057 | | 8 | 0 | 0 | 0.00000000000000000000 |
| DNB-Total charge-off > $500 | 621308618151621057 | | 8 | 0 | 0 | 0.00000000000000000000 |
| DNB-Total unpaid collections > $1000 | 621308618151621057 | | 8 | 0 | 0 | 0.00000000000000000000 |
| DNB-Total unpaid judgments > $1000 | 621308618151621057 | | 8 | 0 | 0 | 0.00000000000000000000 |
| EXP-Bankruptcy | 621308618151621057 | | 8 | 0 | 0 | 0.00000000000000000000 |