# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|    d/b/a Fresh Harvest Market | ) | |
|    Debtor and Debtor in Possession | ) | Judge Schmetterer |
| | ) | |
| Jointly Administered with: | ) | |
| | ) | |
| | ) | Chapter 11 |
| Cecelia N. Johnson | ) | Case No. 09-37011 |
|    Debtor and Debtor in Possession | ) | |
| _____ | ) | |
| | ) | |
| M&I Bank, | ) | |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | Adversary No. 09 A 01339 |
| | ) | |
| Cecelia N. Johnson | ) | |
|    Defendant. | ) | |

**ORDER DISMISSING PLAINTIFF'S AMENDED COMPLAINT AND DISMISSING PLAINTIFF'S ADVERSARY CASE**

THIS MATTER CAME TO BE HEARD on the motion of Defendant Cecelia N. Johnson ("Debtor") to Dismiss Adversary No. 09 A 01339, due notice having been given, and the Court being fully advised in the premises,

[Space intentionally left blank]

**IT IS ORDERED:**

1. Plaintiff's amended adversary complaint in Adversary Case No. 09 A 01339 is hereby dismissed in its entirety.

2. Adversary Case No. 09 A 01339 is hereby dismissed with prejudice.

3. Costs and reasonable attorney's fees shall be awarded to the Debtor for the defense against Plaintiff's Complaint.

Dated:                                                    By the Court


                                                          _____
                                                          The Honorable Jack Schmetterer
                                                          Bankruptcy Judge


This order was prepared by
Forrest L. Ingram, P.C.