# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable JACK B. SCHMETTERER                      Date: March 30, 2010

Bankruptcy Case No. <u>09 B 35697</u>                   Adversary No. <u>09 A 01339</u>

**Title of Case**  <u>In re: My Ranch, Inc. and Cecilia N. Johnson</u>

<u>M&I Bank v. Cecilia N. Johnson</u>

**Brief Statement of Motion**  <u>Defendant's Motion Strike Plaintiff's Complaint</u>

**Names and Addresses of moving counsel**

**Representing**

**Names and Addresses of other counsel entitled to notice and names of parties they represent**  <u>See Attached Service Certificate</u>

## ORDER

<u>IT IS HEREBY ORDERED</u> that for reasons stated from the bench, the Amended Complaint in Adversary proceeding 09A01339 is dismissed without prejudice to filing Second Amended Adversary Complaint within 14 days (April 13, 2010). Defendant will Answer or otherwise plead within 14 days thereafter (April 27, 2010). Set for status in courtroom 682 on *May 6, 2010 at 10:30 a.m.*

ENTER: /s/

United States Bankruptcy Judge

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.