## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

(B09110020)
IN RE;

| | |
|---|---|
| Cecilia Johnson, ] | Bankruptcy No. 09-35697 |
|    Debtor ] | Judge Jack Schmetterer |
| ] | |
| Swift Financial/M & I BANK FSB ] | |
|    Plaintiff ] | Adversary No. 09-01339 |
| ] | |
| Vs. ] | |
| ] | |
| Cecilia Johnson ] | |
|    Defendant ] | |

### NOTICE OF FILING

TO:   Cecilia N. Johnson, 6448 S. Eberhart, Chicago, IL 60637

      Forrest L. Ingram, 79 W. Monroe Street, Suite 900, Chicago, IL 60603

      William T. Neary, 219 S. Dearborn St, Room 873, Chicago, IL 60604

### PROOF OF SERVICE BY MAIL

THE UNDERSIGNED, being first duly sworn on oath, deposes and says that she served a copy of this notice by mailing a copy to the above named parties at the above named addresses and depositing the same in the U.S. Mail at Naperville, Illinois 60563, with postage prepaid, on April 2, 2010.

                                                                               /s/ Thomas Girard

FREEDMAN, ANSELMO, LINDBERG & RAPPE, LLC

1807 W. Diehl Rd., Ste 333

Naperville, IL  60566-7228
630-983-0770    866-402-8661
630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Robert Rappe- 6201817 Doug Oliver - 6273607, Barbara Nilsen- 6287524
Clay R. Mosberg- 1972316, Karl V. Meyer- 6220397, Michael S. Bablo- 6236653
Adam J. Wilde- 6301184, Jason A. Newman, Of Counsel,- 6275591, Cook- 39765

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**